IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAIEE TALBERT,**<br><br>*Petitioner*,<br><br>v.<br><br>**MS. DELBALSO, et al.,**<br><br>*Respondents.* | **Case No. 2:19-cv-05857-JDW** |

## ORDER

AND NOW, this 12th day of September, 2025, upon consideration of the Amendments To Petition And Consolidated Briefing (ECF No. 46), the Motion For Stay And Abeyance Of Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 And Memorandum Of Law In Support (ECF No. 77), the Report And Recommendation (ECF No. 81), and the Objections To Magistrate's Report And Recommendations (ECF No. 84), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Objections (ECF No. 84) are **OVERRULED**;

2. The Report And Recommendation (ECF No. 81) is **ADOPTED** and **APPROVED**;

3. The Motion For Stay (ECF No. 77) is **DENIED**;

4. The Amended Petition (ECF No. 46) is **DENIED** and **DISMISSED**;

5. A Certificate of Appealability **SHALL NOT ISSUE**; and

6. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**